Pro Se General Complaint for a Civil Case (Rev.10/16)

**United States District Court**
**for the**
**NORTHERN DISTRICT OF ALABAMA**

FILED 2024 MAY 31 A 8:39 U.S. DISTRICT COURT N.D. OF ALABAMA

FILED 2024 MAY 31 A 8:39 U.S. DISTRICT COURT N.D. OF ALABAMA

Aaron White
_____
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Amazon google youtube
Walmart target ~~boogi~~ Best Buy
Sling Ed sheeran yahoo
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 2:24cv700-JHE
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I.   The Parties to This Complaint

   A.   The Plaintiff
        Name               Aaron White
        Street Address     2611 Slayton ave SW
        City and County    Birmingham
        State and Zip Code Alabama
        Telephone Number   ~~illegible~~  ~~illegible~~
                           205-573-3019

   B.   The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

**Defendant No. 1**
Name: ~~Don Bradeen~~ Jeff Bezos
Job or Title: old CEO
Street Address: 410 Terry Ave N Seattle 98109, WA
City and County: Seattle  King County
State and Zip Code: Washington  98109

**Defendant No. 2**
Name: ~~Eric Schmidt~~ Sergey Brin and Larry page
Job or Title: CEO
Street Address: 1600 Amphitheatre Pkwy Mountain View
City and County: Mountain View ~~California~~ [Santa Clara County]
State and Zip Code: California 94043

**Defendant No. 3**
Name: ~~Sundar Pichai~~ ~~Google~~ Alphabet Inc
Job or Title: parent Organization
Street Address: 1600 Amphitheatre parkway Mountain[View]
City and County: Mountain View Santa Clara County
State and Zip Code: California 94043

**Defendant No. 4**
Name: ~~Doug Mcmillon~~ ~~Christ Nichols~~ Walton Family
Job or Title: Owner ~~CEO~~
Street Address: ~~Bentonville, AR~~ 608 SW 8th St [Bentonville AR]
City and County: Bentonville Benton County
State and Zip Code: Arkansas 72716

Pro Se General Complaint for a Civil Case (Rev.10/16)

~~Central Park South~~

Malibu Beach House

| Defendant No. 5 | |
|---|---|
| Name | Sting Gordon Matthew Thomas Sumner |
| Job or Title | Musician |
| Street Address | ~~Sting and Trudie's~~ |
| City and County | ~~Central~~ ~~Berkshire Salisbury~~ |
| State and Zip Code | California 90265 |

Lake ~~house UK~~

Malibu California

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

yes

[X] Constitutional or Federal Question   [X] USA Defendant   [X] Diversity of citizenship

yes    yes

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction is USA defendant**

The Defendant(s) Jeff Bezos ~~Eric Schmitt~~ ~~Sunda Pichai~~ Sergey Brin Larry Page

Name of Agency _____   Alphabet

Address _____   Walton Family

Sting

B. **If the Basis for Jurisdiction is a Constitutional or Federal Question**   Ed

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   ~~Showa~~ Sheeran

28 U.S. Code § 4101 Definitions
Article 17 of the ICCPR

Identity theft 18 U.S.C. § 1028

**C.   If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) Aaron White, is a citizen of the State of (name) Alabama

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) Jeff Bezos, is a citizen of the State of (name) Wahington. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) Alphabet, is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

   Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

   The amount in controversy — the amount the plaintiff claims the defendant owes or the amount that is at state — is more than $75,000, not counting interest and costs of court, because: (explain)

   $7 Billion because everybody I'm Suing is using my Englishman name to get money and its more people in this world using my Englishman name to get money and I can't sue England because they have Sovereign Immunity and England owe me a lot of money and everything they got using my Englishman name and I can't get money using my Englishman because nobody will Believe me

**III.   Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

gogle Amazon youtube walmart target Best Buy Stiny Ed Sheeran all Damage my reputation these people is using my Englishmen name to get money fame and power I Don't no nobody Im Sue I never Had a relationship with them But even Do I Don't no them that Don't give them the right to claim my Englishmen Reputation I am the only today that no English and Im A man the Engleshman Definition is tell about me not these people and England

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

5 Billion Dollars for using my name Englishmen I was Suppose to Be Claiming when I got older I think Im entitled to the 5 Billion Dallars Because I loss a lot of time and money When I Became the Englishman I couldn't I am the only man that Suppose to use the Englishmen name to get money fame and power I went the Court to order the Defendent to give me 5, Billion Dollars for Damages my Englishmen Reputation

Make ain't Money using it

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Aaron__ Last Name __White__
Mailing Address __2611 Slayton ave SW__
City and State __Birmingham Alabama__ Zip Code __35211__
Telephone Number __205-237-4152__
E-mail Address __BGT Entertainment BGT@outlook.com__

Signature of plaintiff __Aaron White__
Date signed __Mon Apr 15__

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

BGTEntertainmentBGT@gmail.com

Participant signature: Clarence White

Date: Mon Apr 15

Aaron White - Birmingham AL
Friday May 31

Phone 205 573 3019

Email BGT Entertainment BGT@outlook.com

I no I am the Englishman

I am the only person in this country and in the World that nose English

Real English and Fake English is two Different types of English Real English is right Spelling and Right words fake English is wrong Spelling and Right words fake English I no and everybody in the UK and USA no Real English is What I no nobody else nose Real English But me Real English Suppose to Be on everything in this USA and in England so the only person that suppose to Be the King of English is a Real King of Real English not England King. Real English is English Fake English is not I no Because when anybody say any word in English you is talking with Real English and Spelling with fake English everybody in the USA and UK

~~Suppose~~

Suppose to Spell with real English Because everyBody is using Real English when they talk